# ELECTRONIC RECORD

COA # 01-13-00414-CR          OFFENSE: 22.021 (Aggravated Sex Assault)

STYLE: Stevie Wyre v. The State of Texas          COUNTY: Harris

COA DISPOSITION: AFFIRM          TRIAL COURT: 179th District Court

DATE: 08/29/2014          Publish: NO          TC CASE #: 1364440

---

## IN THE COURT OF CRIMINAL APPEALS

**1317-14**

STYLE: Stevie Wyre v. The State of Texas          CCA #: **1317-14**

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ STRUCK _____          JUDGE: _____

DATE: NOVEMBER 19, 2014          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

PRO SE PETITION          REHEARING IN CCA IS: _____

FOR DISCRETIONARY REVIEW          JUDGE: _____

IS REFUSED

DATE 02/04/2015          **ELECTRONIC RECORD**

Per Curiam

JUDGE